**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FREDERICK LUSTER, et al,
Plaintiff,

vs.

PREMIER BANKCARD, LLC
Defendant.

CIVIL ACTION FILE

NO. 1: 15-cv-154-LMM

**J U D G M E N T**

Defendant having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff Elizabeth Duke has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff ELIZABETH DUKE, against the defendant PREMIER BANKCARD, LLC, for the sum of $50,000.00.

Dated at Atlanta, Georgia, this 5th day of July, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Harry F. Martin
Harry F. Martin, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 5, 2016
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
Deputy Clerk

Case 1:15-cv-00154-LMM Document 61 Filed 07/05/16 Page 2 of 2